# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMPSON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant. | 1:09-cv-00967 AWI GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　　　This Court issued an order to show cause on January 25, 2010, for a failure to obey a court order. Plaintiff was ordered to respond in writing on or before February 1, 2010. (*See* Doc. 18.)

　　　　On January 30, 2010, counsel for Plaintiff, Nicholas J. Bontrager, filed a Declaration in Response to the Court's order. Mr. Bontrager explained that a notice of settlement and notice of voluntary dismissal were inadvertently filed in this action's previous case number, 2:09-cv-1512 LKK GGH. (Doc. 19 & Exs. A & B.) The previous case number was changed to 1:09-cv-0967 AWI GSA when the case was transferred from the Sacramento Division to the Fresno Division on June 3, 2009. (*See* Doc. 5.) Once these documents were filed with the Sacramento Division,

1

1 albeit erroneously, Plaintiff's counsel closed his case and removed all associated hearings from
2 his calendar. Thus, his failure to appear for the scheduling conference of January 25, 2010, in
3 Courtroom 10 of this Court. Further, Mr. Bontrager apologized for this oversight and declared
4 he will immediately file a notice of voluntary dismissal of this action, employing the proper case
5 number. (Doc. 19.)

Based upon the foregoing, it appears that Plaintiff's failure to file a scheduling report and appear at the scheduling conference was inadvertent. Accordingly, the order to show cause is hereby DISCHARGED. Plaintiff's counsel shall file the notice of voluntary dismissal with this Court no later than **February 5, 2010**.

IT IS SO ORDERED.

Dated: **February 1, 2010**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE