UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES THOMPSON, | ) | |
| | ) | 1:09-CV-00967 AWI GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| NATIONAL ACTION FINANCIAL SERVICES INC., | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **February 4, 2010**              /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

1